ABRAHAM LAUTERSTEIN and HARRY SHACHTER, Appellants, v. THE DIME SAVINGS BANK OF BROOKLYN, Respondent.— Motion to resettle order granted. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ. Settle order on notice.

MEYER LIPSCHITZ, Appellant, v. NATHAN SWEEDLER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

CIRO MENNELLA, Respondent, v. MUNSON STEAMSHIP LINE, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

CHESTER H. NORTON, Respondent, v. JAMES K. DELANO, Appellant.— Application for stay pending appeal granted only as to so much of the interlocutory judgment as directs a reference and an accounting, and in all other respects application denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

ROSE M. PALMER and Another, Appellants, v. ROTARY REALTY CO., INC., and Others, Respondents.— Motion to add case to June calendar denied. Kelly, P. J., Rich, Manning and Lazansky, JJ., concur; Kapper, J., taking no part.

ANNA M. PASSERA, Respondent, v. LUIGI PASSERA, Appellant.— Motion to dismiss appeal denied, on condition that appellant file an undertaking, with corporate surety, securing the payment of alimony accrued and to accrue to the respondent pending the decision of the appeal; appellant's undertaking and points to be filed within ten days from date of entry of order herein; otherwise, motion granted. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE S. ABELL, Relator, v. JOHN H. CLARKSON and Others, Respondents. JOHN E. PRESTON and WILLIAM W. STUART, Appellants.— Motion for leave to appeal to the Court of Appeals granted, with stay. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ. Settle order on notice.

HERMAN RODGERS and Others, Respondents, v. BERTHA DEVELOPMENT CO., INC., and Others, Defendants. SAMUEL MICHAEL, Purchaser, Appellant.— Motion for stay granted, without costs. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

RUDOLPH FEUEREISEN REALTY CORPORATION, Respondent, v. CHARLES BRANDT, JR., as Administrator, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

SAMUEL SAVIN, Appellant, v. MICHAEL DIMENNA and Another, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

MARY ALTON SIGARETA, Respondent, v. JOSEPH SIGARETA, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.